**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

IN THE INTEREST OF: J.F., A MINOR     :   No. 59 EM 2023

                                           :

                                           :

PETITION OF: J.F., MINOR             :

## ORDER

**PER CURIAM**

       **AND NOW**, this 18th day of August, 2023, Petitioner's Application for Leave to File Reply to the Department of Human Services' Answer to Application for Stay and Petitioner's Application for Leave to File Reply to the Father's Answer to Application for Stay are **GRANTED**. Petitioner's Emergency Application of Dependent Child, through Counsel and Joined by his Guardian *Ad Litem*, for Temporary Stay of Juvenile Court Order under Pa.R.A.P. 311(a)(4) and/or for Exercise of Extraordinary Jurisdiction or King's Bench Authority to Grant the Same is **DENIED**. The temporary stay granted by Order dated August 11, 2023 is **LIFTED**.